# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

Cases assigned to Michael I. Assad.

## Omnibus Withdrawal of Appearance

To the Clerk of Court:

    Please withdraw my appearance as attorney for the debtors in the cases listed in Exhibit A. Thank you.

Date: August 12, 2024

Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Omnibus Entry of Appearance

To the Clerk of Court:

    Please enter my appearance as attorney for the debtors in the cases listed in Exhibit A. Thank you.

Date: August 12, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

# Exhibit A

| Case No. | Case Title |
|---|---|
| 09-14139-amc | Anthony Gigantino |
| 17-12835-pmm | Zakiyyah L. Suluki |
| 17-13179-amc | Christopher R Smialowski and Michelle Smialowski |
| 18-11941-amc | Sherita S. Stokes |
| 18-15205-pmm | Bernice Love |
| 18-17279-pmm | Evadney Scoggins |
| 19-10921-pmm | Anita B. Brown |
| 19-12086-amc | Katherine Ann Ross |
| 19-13130-amc | Joseph A. Finnegan, IV |
| 19-14444-amc | James R. Rich |
| 19-15031-amc | James L. Broadhurst and Judith M. Broadhurst |
| 19-16254-amc | Henry Bedford |
| 19-16923-pmm | Donna M. Smith |
| 19-17019-amc | Shon J. Bersch and Jennifer A. Bersch |
| 19-17545-pmm | Julie Brayer |
| 19-17672-amc | Terrance Waller |
| 19-17967-amc | Robert William Cohen |
| 20-10901-amc | Sheronda M. Wheeler and Troy Wheeler |
| 20-12017-pmm | Roosevelt Crapps, Jr. |
| 20-12638-pmm | Trinh T. Chau |
| 21-10520-pmm | Venus Nivens |
| 21-11342-amc | Steven C. Bonatsos |

## Exhibit A (continued)

| Case No. | Case Title |
|---|---|
| 21-12238-amc | Leslie Burke |
| 21-12373-amc | Hattie M. Evans |
| 21-12833-amc | Paul Swallow |
| 21-12992-amc | Qynesha S. Tolbert |
| 21-13054-amc | Francis X. Cross, Jr. |
| 21-13236-pmm | Sharon Smith |
| 21-13245-amc | Nicole McDaniels |
| 21-13285-amc | Jodi K. Lipton |
| 21-13303-pmm | Alvin Kingcade |
| 21-13329-amc | Brian L. Hall |
| 21-13381-amc | Alice Sylvia Tucker |
| 22-10176-amc | Michael P. Wagner and Dawn B. Hollywood |
| 22-10244-amc | Stacy N. Bundick |
| 22-10376-amc | Porter Clark, Jr. |
| 22-10508-amc | Audrey B. Davidson |
| 22-10560-pmm | Caroline Mosley |
| 22-10610-amc | Ericka S. Jenkins and Everett J. Jenkins |
| 22-10886-amc | Daniel N. Stemmer |
| 22-10969-amc | Ricci Transport & Recovery Inc. |
| 22-11025-amc | Rafhia Rose Foster |
| 22-11252-amc | Angela R. Koutsouros |
| 22-11298-amc | Sheryl L. Haley-Samuels |

3

## Exhibit A (continued)

| Case No. | Case Title |
|---|---|
| 22-11437-pmm | Elaine Hyaciath Johnson |
| 22-11598-amc | Angela N. Griffin |
| 22-11725-pmm | Derrick Maurice Williams, Sr. and Elisha Faye Williams |
| 22-11800-pmm | Bethzaida Rosado |
| 22-11858-amc | Jennifer P. Masters |
| 22-11872-amc | Andrew Gudzelak, Jr. |
| 22-11896-amc | Beth Coco |
| 22-11967-amc | TeNeka S. McDaniel |
| 22-12079-amc | Scott J. Kyle |
| 22-12093-pmm | Maura Kane |
| 22-12149-pmm | Bernard Anthony Winston |
| 22-12177-amc | Angela Delores Williams |
| 22-12239-amc | Barbara Steele |
| 22-12319-amc | Eugenia G. Hayes |
| 22-12344-pmm | Janice A. Bonner |
| 22-12508-amc | Angela Hennigan |
| 22-12581-amc | Andrew L. Dudzek and Jennifer L. Dudzek |
| 22-12673-pmm | Angel M. Prada and Karlena Prada |
| 22-12742-pmm | Amarilys Garcia |
| 22-12757-amc | Cassandra Bonita Woods |
| 22-12821-amc | Kathy J. Carrow-Ponce |
| 22-12854-amc | Shane Jusino and Catherine Vitale Jusino |

## Exhibit A (continued)

| Case No. | Case Title |
|---|---|
| 22-13003-amc | Dezmen F. Troutt |
| 22-13019-pmm | Andrew Joseph Haynes, Jr |
| 22-13031-amc | Ishaaq Mickens |
| 22-13073-amc | Linda Ellis-Nelson |
| 22-13116-pmm | William Terral Smith |
| 22-13128-amc | Vaneese Marie Walker |
| 22-13154-pmm | Pamela Nicole Fairey |
| 22-13283-amc | Claudia A. Nesmith |
| 22-13307-pmm | Simona S. Robinson |
| 23-10002-amc | Eddrena R. Turner |
| 23-10016-pmm | Duong Doan |
| 23-10034-pmm | Cynthia Cieri |
| 23-10256-amc | Thomas J. Prim |
| 23-10354-amc | Christine Lane |
| 23-10674-amc | Kia R. Holland |
| 23-10748-amc | Monica Mombrun |
| 23-10866-pmm | Sean Crawford |
| 23-11011-amc | Karon A. Simmons |
| 23-11050-amc | Lucille Simpkins |
| 23-11330-pmm | Brett D. Cardonick |
| 23-12187-pmm | William Steven Stanaitis and Penny Mifflin Stanaitis |
| 23-12202-pmm | Michael Patrick Creedon and Regina Anne Creedon |

5

## Exhibit A (continued)

| Case No. | Case Title |
| --- | --- |
| 23-12245-amc | Marlene Andrea Anthony |
| 23-12550-amc | Andrew H. Hon |
| 23-12611-amc | Garnet Valentine Irving |
| 23-12804-pmm | Matthew Alan Feltman |
| 23-12839-amc | Dominique Lundy |
| 23-12943-pmm | Skylynn Sierra Howard |
| 23-12964-amc | Nancy Virginia Focaccia |
| 23-13237-pmm | Tri-State Paper, Inc. |
| 23-13774-amc | Stephanie Joanne Jahr |
| 23-13778-amc | Ryan Timmons |
| 24-10277-amc | James Momoh Kemokai |
| 24-10475-pmm | Victoria L. Stonewall |
| 24-10582-amc | Cara Beth Powell |
| 24-11098-pmm | Joseph P. Watkins |
| 24-11448-amc | Anthony J. Costanzo and Kimberly A. Katchen-Costanzo |
| 24-11609-pmm | Malcolm Orrin Bennett |
| 24-11613-pmm | Cassidy Marie Catherine Thomas |
| 24-11847-amc | Veronica Joyce Redd |
| 24-12260-amc | Edward C. Tomaszewski, Jr |
| 24-12261-pmm | Jamar Leroy Henderson |
| 24-12464-amc | Yesica Paola Delvalle |